CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

DEC 01 2014

Sherri R. Carter, Executive Officer/Clerk
By Shaunya Bolden, Deputy

MARC J. SCHNEIDER, State Bar No. 214609
mschneider@sycr.com
TRAVIS P. BRENNAN, State Bar No. 238119
tbrennan@sycr.com
JESSICA L. MULLEN, State Bar No. 288845
jmullen@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Defendant
ACACIA RESEARCH GROUP, LLC,
erroneously named as
ACACIA PATENT ACQUISITION, LLC

**LOS ANGELES COUNTY SUPERIOR COURT**

**STANLEY MOSK COURTHOUSE**

PROPHET PRODUCTIONS, a New York Corporation,

Plaintiff,

vs.

ACACIA PATENT ACQUISITION, LLC, a Delaware Limited Liability Company, and DOES 1 through 50, inclusive,

Defendants.

Case No. BC561469
Hon. Kevin C. Brazile
Dept. 20

**DECLARATION OF TRAVIS P. BRENNAN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE UNDER CODE OF CIV. PROC. §§ 396B, 397 AND REQUEST FOR ORDER THAT PLAINTIFF PAY DEFENDANT'S REASONABLE EXPENSES AND ATTORNEY'S FEES IN THE AMOUNT OF $9,515**

*[Filed concurrently with Notice of Motion and Motion to Transfer Venue]*

Hearing:
Date: March 10, 2014 **[Reserved]**
Time: 1:30 p.m.
Location: Dept. 20

*Complaint Filed: October 22, 2014*
*Trial Date: None Set*

BY FAX

I, Travis P. Brennan, declare:

1. I am a shareholder at Stradling Yocca Carlson & Rauth, P.C. counsel of record for Defendant Acacia Research Group, LLC ("ARG") in this action. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, I could and would competently do so.

2. Attached hereto as Exhibit A is a true and correct copy of the Exclusive License Agreement (the "Agreement"), with redactions. The Agreement has been redacted to comply with the confidentiality requirements therein.

3. Plaintiff's complaint erroneously names Defendant "Acacia Patent Acquisition, LLC." Defendant changed its name to Acacia Research Group, LLC on or about January 20, 2011. Attached hereto as Exhibit B is a true and correct copy of ARG's Certificate of Amendment filed with the Secretary of State of Texas.

4. Attached hereto as Exhibit C is a true and correct copy of ARG's Certificate of Conversion attaching ARG's Certificate of Formation, filed with the Secretary of State of Texas.

5. Acacia Research Corporation, ARG's sole member, is headquartered in Newport Beach, California. Attached hereto as Exhibit D is a true and correct copy of the California Secretary of State's business entity database webpage for Acacia Research Corporation.

6. Executive Vice President Dooyong Lee signed the Agreement on behalf of ARG (then still named Acacia Patent Acquisition, LLC ("APA")) on or around February 26, 2009. On or around February 26, 2009, Mr. Lee sent a letter from APA's office in Newport Beach, California to Plaintiff's President, Elijah Chancelor, stating that APA had completed its diligence on the patents and had found the patents acceptable. A true and correct copy of that letter, which identifies Mr. Lee as an Executive Vice President and identifies APA's location in Newport Beach, California, is attached hereto as Exhibit E.

7. The Agreement does not contain any provision concerning choice of venue. The Agreement does not contain a provision specifying a county other than Orange County in which ARG is to perform its obligations under the Agreement.

8. On or about October 28, 2014, ARG was served with Plaintiff's Complaint filed in Los Angeles County Superior Court.

9. On or about November 26, 2014, counsel for ARG sent a letter to Plaintiff requesting that Plaintiff stipulate to transfer venue of this action to Orange County Superior Court. A true and correct copy of that letter is attached hereto as Exhibit F. As of 12:30 p.m. PST on December 1, 2014, ARG is awaiting Plaintiff's response.

10. The standard billing rates associated with the attorneys devoting substantial time to this motion are as follows:

a. Travis P. Brennan: $525.00 per hour;

b. Jessica L. Mullen: $340.00 per hour.

c. In researching and preparing this Motion, I spent 4 hours, and Ms. Mullen spent 11 hours, for a total of $5,840.00.

d. In preparing a reply brief, preparing for the hearing on the motion, and participating in a hearing on the motion, I estimate that I will spend approximately 7 hours for a total of $3,675.00.

11. The aggregate of fees above totals to $9,515.00.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 1st day of December, 2014, in Newport Beach, California.

Travis P. Brennan

Exhibit A

## EXCLUSIVE LICENSE AGREEMENT

**This Exclusive License Agreement (the "Agreement")** is entered into by and between **PROPHET PRODUCTIONS, LLC** ("Licensor"), a New York limited liability company having a principal place of business at 206 East. 83rd. Street #2E, New York, NY 10028, and **ACACIA PATENT ACQUISITION LLC** ("APAC"), a Delaware limited liability company having a principal place of business at 500 Newport Center Drive, Suite 700, Newport Beach, CA 92660 (collectively referred to herein as the "Parties" and individually as "Party"). The effective date of this Agreement shall be the date on which the last Party executes this Agreement below (the "Effective Date").

8. GOVERNING LAW AND CONSENT TO JURISDICTION

8.1. Choice of Laws. This Agreement shall be governed by and construed under applicable federal law and the laws of the State of California, excluding any conflict of law provisions. APAC and Licensor each irrevocably consent to the exclusive jurisdiction of any California state or federal court sitting in the Central District of California, over any suit, action or proceeding arising out of or relating to this Agreement. APAC and Licensor hereby waive personal service of any summons, complaint, or other process in any action in any California state or federal court sitting in the Central District of California, and agree that all service thereof may be made by (i) certified or registered mail, return receipt requested, to the other Party's address identified in the opening paragraph of this Agreement; or (ii) by such other method authorized by the California Long Arm Statute.

9. CONFIDENTIALITY

9.1. All information provided pursuant to this Agreement, including without limitation (but not including the existence of this Agreement), the terms of this Agreement, shall be regarded as confidential information ("Confidential Information"). The Parties agree that, other than as required by law, they shall not disclose any Confidential Information and shall use the Confidential Information only for the purposes set forth herein. Either Party may disclose Confidential Information to its financial and legal advisors subject to confidentiality obligations at least as stringent as those provided in this Agreement. Licensor acknowledges that APAC's parent company, Acacia Research Corporation ("Acacia"), is a publicly traded company, and that Acacia may be required to publicly disclose the signing of this Agreement, as well as certain terms of the Agreement. Confidential Information shall not include information that:

(a) was already known, otherwise than under an agreement of secrecy or non-use, at the time of its disclosure;

(b) has passed into the public domain prior to or after its disclosure, otherwise than through any act or omission attributable to principals, officers, employees, consultants or agents of the receiving Party; or





(c) was subsequently disclosed, otherwise than under an agreement of secrecy or non-use, by a third party that had not acquired the information under an obligation of confidentiality.

9.2. Preservation of Privilege. The Parties agree that they may disclose Confidential Information in furtherance of their common legal interest in exploring business opportunities involving the Patents, including litigation involving one or more of such Patents. Such Confidential Information may be subject to the attorney-client privilege, work product doctrine or other applicable privilege. The Parties understand and agree that it is their desire, intention and mutual understanding that the sharing of such Confidential Information is not intended to, and shall not, waive or diminish in any way the confidentiality of such material or its continued protection under the attorney-client privilege, work product doctrine or other applicable privilege. All Confidential Information provided by a Party that is entitled to protection under the attorney-client privilege, work product doctrine or other applicable privilege shall remain entitled to such protection under these privileges, this Agreement, and under the joint defense doctrine. Nothing in this Section shall be interpreted to mean that a Party hereto would be prevented from using Confidential Information in a legal proceeding against the other Party hereto based upon a dispute arising out of this Agreement; provided that the other Party has been notified in advance of such use or disclosure and been afforded sufficient opportunity to seek and obtain confidential treatment by the court or other entity having jurisdiction over the matter at hand. Upon termination of this Agreement, APAC agrees to return to Licensor all documents, electronic or otherwise, relating to the Patents received from Licensor.

IN WITNESS WHEREOF, the Parties have executed this Agreement on the Effective Date.

| PROPHET PRODUCTIONS, LLC | ACACIA PATENT ACQUISITION LLC |
|---|---|
| By: [signature] | By: [signature] |
| Print Name: Elijah Chancelot | Print Name: Dooyong Lee |
| Title: President | Title: Executive Vice President |
| Date: 2/26/2009 | Date: 2/26/09 |

Exhibit B

| Form 424<br>(Revised 12/09)<br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>Filing Fee: See instructions | <br>Certificate of Amendment | This space reserved for office use.<br>FILED<br>In the Office of the<br>Secretary of State of Texas<br>JAN 20 2011<br>Corporations Section |
|---|---|---|

## Entity Information

The name of the filing entity is:

Acacia Patent Acquisition LLC

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

- ☐ For-profit Corporation
- ☐ Nonprofit Corporation
- ☐ Cooperative Association
- ☒ Limited Liability Company
- ☐ Professional Corporation
- ☐ Professional Limited Liability Company
- ☐ Professional Association
- ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is: 801360610

The date of formation of the entity is: December 23, 2010

## Amendments

### 1. Amended Name

(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

Acacia Research Group LLC

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

RECEIVED
JAN 20 2011
Secretary of State

Registered Agent
(Complete either A or B, but not both. Also complete C.)

☐ A. The registered agent is an organization (cannot be entity named above) by the name of:

OR

☐ B. The registered agent is an individual resident of the state whose name is:

| *First Name* | *M.I.* | *Last Name* | *Suffix* |
|---|---|---|---|

The person executing this instrument affirms that the person designated as the new registered agent has consented to serve as registered agent.

C. The business address of the registered agent and the registered office address is:

| *Street Address (No P.O. Box)* | *City* | *State* | *Zip Code* |
|---|---|---|---|
| | | TX | |

## 3. Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below. If the space provided is insufficient, incorporate the additional text by providing an attachment to this form. Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☐ Add each of the following provisions to the certificate of formation. The identification or reference of the added provision and the full text are as follows:

☐ Alter each of the following provisions of the certificate of formation. The identification or reference of the altered provision and the full text of the provision as amended are as follows:

☐ Delete each of the provisions identified below from the certificate of formation.

## Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

## Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: ______________________

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: ______________________

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: January 20, 2011

By: Acacia Research Corporation, Sole Member

[signature]

Signature of authorized person

Paul R. Ryan, Chairman & Chief Executive Officer

Printed or typed name of authorized person (see instructions)

Exhibit C

STATE OF TEXAS
CERTIFICATE OF CONVERSION
OF A NON-CODE ORGANIZATION CONVERTING
TO A TEXAS LIMITED LIABILITY COMPANY
PURSUANT TO SECTION 10.102 OF
THE BUSINESS ORGANIZATIONS CODE

FILED
In the Office of the
Secretary of State of Texas
DEC 23 2010
Corporations Section

Converting Entity Information

1.) The name of the converting limited liability company is Acacia Patent Acquisition LLC.

2.) The converting limited liability company is formed under the laws of the State of Delaware.

3.) The date of formation of the converting limited liability company is March 3, 2008.

4.) The file number issued to the converting limited liability company by the Delaware Secretary of State is 3923893.

Converted Entity Information

1.) The name of the converted limited liability company is Acacia Patent Acquisition LLC.

2.) The converted limited liability company will be formed under the laws of the State of Texas.

3.) Pursuant to the Certificate of Formation of the converted limited liability company, attached hereto as Exhibit A, and the Company Agreement of the converted limited liability company, the business and affairs of the converted limited liability company shall be managed by or under the direction of its sole Member.

4.) Pursuant to the Certificate of Formation and Company Agreement of the converted limited liability company, the sole Member shall elect the officers and directors of the converted limited liability company. The initial officers of the converted limited liability company shall be as follows: Dooyong Lee shall be the Chief Executive Officer, Robert L. Harris shall be the President, Clayton J. Haynes shall be the Chief Financial Officer, Marvin Key shall be the Senior Vice President and Tisha Stender shall be the Vice President. The initial directors of the converted limited liability company shall be as follows: Dooyong Lee, Robert L. Harris, Clayton J. Haynes, Marvin Key and Tisha Stender.



RECEIVED
DEC 23 2010
Secretary of State

DOCSOC/1455813v2/101023-0000

Plan of Conversion

In lieu of providing the Plan of Conversion, the converting limited liability company certifies that:

1.) A signed Plan of Conversion is on file at the principal place of business of the converting limited liability company. The address of the principal place of business of the converting limited liability company is 500 Newport Center Dr., 7th Floor, Newport Beach, CA 92660.

2.) A signed Plan of Conversion will be on file after the conversion at the principal place of business of the converted limited liability company. The address of the principal place of business of the converted limited liability company is 6136 Frisco Square Blvd., Suite 385, Frisco, TX 75034

3.) A copy of the Plan of Conversion will be furnished on written request without cost by the converting limited liability company before the conversion or by the converted limited liability company after the conversion to any owner or member of the converting or converted limited liability company.

Certificate of Formation for the Converted Entity

The Certificate of Formation of the converted limited liability company is attached hereto as Exhibit A.

Approval of the Plan of Conversion

The Plan of Conversion has been approved as required by the laws of the jurisdiction of formation and the governing documents of the converting limited liability company.

Effectiveness of Filing

This document becomes effective when the document is accepted and filed by the secretary of state.

Tax Certificate

In lieu of providing the tax certificate, the converted limited liability company is liable for the payment of any franchise taxes.

Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the provisions of the Business Organizations Code, or other law applicable to and governing the converting limited liability company, to execute the filing instrument.

*[Signature Page Follows]*

Dated December 21, 2010.

ACACIA PATENT ACQUISITION LLC, a Delaware limited liability company

By: ______________________
Name: Paul Ryan
Its: Chief Executive Officer

**EXHIBIT A**

**CERTIFICATE OF FORMATION**

| Form 205 (Revised 07/10)<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512 463-5709<br>**Filing Fee: $300** | <br><br>**Certificate of Formation<br>Limited Liability Company** | This space reserved for office use.<br><br>FILED<br>In the Office of the<br>Secretary of State of Texas<br>DEC 23 2010<br>Corporations Section |
|---|---|---|

**Article 1 – Entity Name and Type**

The filing entity being formed is a limited liability company. The name of the entity is:

Acacia Patent Acquisition LLC

The name must contain the words "limited liability company," "limited company," or an abbreviation of one of these phrases.

**Article 2 – Registered Agent and Registered Office**

(See instructions. Select and complete either A or B and complete C.)

☒ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

**Registered Agent Solutions, Inc.**

OR

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

*First Name* *M.I.* *Last Name* *Suffix*

C. The business address of the registered agent and the registered office address is:

| 515 Congress Ave., Suite 2300 | Austin | TX | 78701 |
|---|---|---|---|
| *Street Address* | *City* | *State* | *Zip Code* |

**Article 3—Governing Authority**

(Select and complete either A or B and provide the name and address of each governing person.)

☐ A. The limited liability company will have managers. The name and address of each initial manager are set forth below.

☒ B. The limited liability company will not have managers. The company will be governed by its members, and the name and address of each initial member are set forth below.

**GOVERNING PERSON 1**

NAME (Enter the name of either an individual or an organization, but not both.)

IF INDIVIDUAL

*First Name* *M.I.* *Last Name* *Suffix*

OR

IF ORGANIZATION

Acacia Research Corporation

*Organization Name*

ADDRESS

| 500 Newport Center Drive, 7th Floor | Newport Beach | CA | USA | 92660 |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

**GOVERNING PERSON 2**

NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

| *First Name* | *M.I.* | *Last Name* | *Suffix* |
|---|---|---|---|

OR
IF ORGANIZATION

*Organization Name*

ADDRESS

| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |
|---|---|---|---|---|

**GOVERNING PERSON 3**

NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

| *First Name* | *M.I.* | *Last Name* | *Suffix* |
|---|---|---|---|

OR
IF ORGANIZATION

*Organization Name*

ADDRESS

| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |
|---|---|---|---|---|

**Article 4 – Purpose**

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

**Supplemental Provisions/Information**

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

Article 5: The filing entity is being formed pursuant to a plan of converion.

Article 6: The name of the converting (prior) entity is Acacia Patent Acquisition LLC.

Article 7: The address of the converting (prior) entity is 500 Newport Center Dr., 7th Floor, Newport Beach, CA 92660.

Article 8: The form of organization of the converting (prior) entity is limited liability company.

Article 9: The date of formation of the converting (prior) entity is March 3, 2008.

Article 10: The jurisdiction of formation of the converting (prior) entity is the State of Delaware.

## Organizer

The name and address of the organizer:

Clayton J. Haynes
*Name*

500 Newport Center Drive, 7th Floor | Newport Beach | CA | 92660
*Street or Mailing Address* | *City* | *State* | *Zip Code*

## Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: ______________

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: ______________

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: December 21, 2010

Signature of organizer

Clayton J. Haynes
Printed or typed name of organizer

Exhibit D




Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, November 28, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | ACACIA RESEARCH CORPORATION |
| **Entity Number:** | C2212026 |
| **Date Filed:** | 01/26/2000 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | DELAWARE |
| **Entity Address:** | 500 NEWPORT CENTER DRIVE, 7TH FLOOR |
| **Entity City, State, Zip:** | NEWPORT BEACH CA 92660 |
| **Agent for Service of Process:** | PAUL R. RYAN |
| **Agent Address:** | 500 NEWPORT CENTER DRIVE, 7TH FLOOR |
| **Agent City, State, Zip:** | NEWPORT BEACH CA 92660 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search** **New Search** **Printer Friendly** **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2014 California Secretary of State

Exhibit E



February 26, 2009

Elijah Chancelor
President
Prophet Productions, LLC
206 E. 83rd Street #2E
New York, NY 10028

Dear Elijah:

Pursuant to Sections 1.2 and 1.3 of the Exclusive License Agreement, we have performed our due diligence investigation and have determined that the Patents are acceptable. Therefore, the Agreement shall continue with full force and effect.

We look forward to working with you.

Regards,

Dooyong Lee
Executive Vice President

500 Newport Center Drive, 7th Floor, Newport Beach, CA 92660
949.480.8308 949.480.8379 (fax)
email: clients@acaciares.com www.acaciatechnologies.com

Exhibit F



STRADLING YOCCA CARLSON & RAUTH, P.C.
660 NEWPORT CENTER DRIVE, SUITE 1600
NEWPORT BEACH, CA 92660-6422
SYCR.COM

NEWPORT BEACH
RENO
SACRAMENTO
SAN DIEGO
SAN FRANCISCO
SANTA BARBARA
SANTA MONICA

JESSICA L. MULLEN
949.725.4081
JMULLEN@SYCR.COM

November 26, 2014

***Via Email and U.S. Mail***

Brian S. Kabateck, Esq.
Evan M. Zucker, Esq.
Kabateck Brown Kellner LLP
644 South Figueroa Street
Los Angeles, CA 90017
Email: bsk@kbklawyers.com
Email: ez@kbklawyers.com

*Re:* *Prophet Productions v. Acacia Patent Acquisition LLC, et al. (Superior Court of California, Los Angeles County, Case No. BC56146)*

Dear Messrs. Kabateck and Zucker:

This firm is counsel to Defendant Acacia Research Group LLC ("Acacia")[1] in the above-referenced action. The purpose of this letter is to provide notice of Acacia's anticipated motion to transfer venue to Orange County Superior Court under California Code of Civil Procedure sections 396b and 397. This letter highlights the primary grounds for Acacia's anticipated motion.

The court must order a transfer of an action "when the court designated in the complaint is not the proper court." Code Civ. Proc. §§ 396b, 397(a). Los Angeles County is simply "not the proper court." Code Civ. Proc. § 397(a).

As a general rule, a defendant has a right to have an action against it tried in the county where it resides. *Id.* In an action against an unincorporated association, such as Acacia, venue is proper in the county in which any partner or member resides. *Juneau Spruce Corp. v. Int'l. Longshoremen's Warehousemen's Union*, 37 Cal. 2d 760, 763-64 (1951). Acacia's sole member Acacia Research Corporation resides in Newport Beach, California. Therefore, Acacia has a right to have this action tried against it in Orange County.

In the Complaint, Plaintiff incorrectly asserts that the Agreement "contains a California choice of venue and choice of law provision." (Compl. ¶ 4.) In fact, the Agreement contains no choice of venue provision (or any reference to venue). Even if it did, such a provision would be unenforceable because parties cannot contract around venue requirements under California law. *See Alexander*, 114 Cal. App. 4th at 731 ("[I]t is not for the parties or the courts to set venue. That is the role of the Legislature.").

[1] Acacia Research Group LLC was improperly named as Acacia Patent Acquisition LLC in Plaintiff's Complaint.

Please respond by 9:00 a.m. on Monday, December 1, 2014 whether Plaintiff will stipulate to the transfer of this action to Orange County Superior Court. Alternatively, please advise us whether Plaintiff will instead oppose our motion. If we do not hear from you, Acacia will file the anticipated motion on Monday and seek reasonable costs and attorneys' fees incurred by Acacia in making the motion.

Very truly yours,

Jessica Mullen
Litigation Associate
STRADLING YOCCA CARLSON & RAUTH, P.C.

JLM:ace

**Graziano, Jojo**

| | |
|---|---|
| **From:** | Graziano, Jojo |
| **Sent:** | Wednesday, November 26, 2014 2:16 PM |
| **To:** | 'bsk@kbklawyers.com'; 'ez@kbklawyers.com' |
| **Cc:** | Mullen, Jessica L.; Schneider, Marc J.; Brennan, Travis P.; Jones, Chevalier |
| **Subject:** | Prophet Productions v. Acacia Patent Acquisition LLC, et al. |
| **Attachments:** | 11-16-14 Letter to B. Kabateck and E. Zucker.pdf |

On behalf of Jessica Mullen, attached is a letter for your review.

Thank you.

**Alicia Elam** **on behalf of**
**Jojo Graziano**
Litigation Assistant




Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600 | Newport Beach, CA 92660
(o) 949.725.4059 | (f) 949.823.5059
jgraziano@sycr.com | sycr.com

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF ORANGE )

I am employed by Stradling Yocca Carlson & Rauth in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660-6422. On December 1, 2014, I served the within document(s): **DECLARATION OF TRAVIS P. BRENNAN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE UNDER CODE OF CIV. PROC. §§ 396B, 397 AND REQUEST FOR ORDER THAT PLAINTIFF PAY DEFENDANT'S REASONABLE EXPENSES AND ATTORNEY'S FEES IN THE AMOUNT OF $9,515**

| | |
|---|---|
| ☒ | **By United States mail.** I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I enclosed the above-referenced document(s) in a sealed envelope or package addressed to the person(s) at the address(es) as set forth below, and following ordinary business practices I placed the package for collection and mailing on the date and at the place of business set forth above. |
| ☐ | **By overnight delivery.** I enclosed the above-referenced document(s) in an envelope or package designated by an overnight delivery carrier with delivery fees paid or provided for and addressed to the person(s) at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| ☐ | **By electronic service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the above-referenced document(s) to be sent to the person(s) at the electronic address(es) listed below. |

| | |
|---|---|
| Brian S. Kabateck, Esq.<br>Evan M. Zucker, Esq.<br>KABATECK BROWN KELLNER LLP<br>644 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 217-5000<br>Facsimile: (213) 217-5010<br>Email: bsk@kbklawyers.com<br>Email: ez@kbklawyers.com | Attorneys for Plaintiff PROPHET PRODUCTIONS |

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 1, 2014, at Newport Beach, California.

Alicia Chavez Elam