```
 1  MARC J. SCHNEIDER, State Bar No. 214609
      mschneider@sycr.com
 2  TRAVIS P. BRENNAN, State Bar No. 238119
      tbrennan@sycr.com
 3  STRADLING YOCCA CARLSON & RAUTH, P.C.
    660 Newport Center Drive, Suite 1600
 4  Newport Beach, CA 92660-6422
    Telephone: (949) 725-4000
 5  Facsimile: (949) 725-4100

 6  Attorneys for Defendant
    ACACIA RESEARCH GROUP, LLC,
 7  erroneously named as
    ACACIA PATENT ACQUISITION, LLC
 8
```

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAR 2 5 2015

Sherri R. Carter, Executive Officer/Clerk
By: Glorietta Robinson, Deputy

**BY FAX**

## LOS ANGELES COUNTY SUPERIOR COURT

### STANLEY MOSK COURTHOUSE

| | |
|---|---|
| PROPHET PRODUCTIONS, a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACACIA PATENT ACQUISITION, LLC, a Delaware Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. BC561469<br>Hon. Dalila C. Lyons<br>Dept. 20<br><br>**DECLARATION OF HOLLY HERNANDEZ SUPPORTING DEFENDANT'S REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE UNDER CODE OF CIV. PROC. §§ 396B, 397 AND REQUEST FOR ORDER THAT PLAINTIFF PAY DEFENDANT'S REASONABLE EXPENSES AND ATTORNEY'S FEES IN THE AMOUNT OF $9,515**<br><br>*[Filed concurrently with Declaration of Dooyong Lee, Declaration of Robert R. Brunelli, Declaration of Travis P. Brennan]*<br><br>Hearing:<br>Date:     April 2, 2014<br>Time:     8:30 a.m.<br>Location: Dept. 20<br><br>*Complaint Filed:* October 22, 2014<br>*Trial Date:*       None Set |

COPY

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DECLARATION OF HOLLY HERNANDEZ

LITIOC/2113946v1/101023-0051

I, Holly Hernandez, declare:

1. I am over the age of eighteen and not a party to this case. I have personal knowledge of the following facts and could testify competently to them if necessary.

2. I am a Vice President of Licensing at Acacia Research Group, LLC ("ARG") and a licensed attorney. I have been a licensing executive at ARG since March 2012. On February 26, 2009, Acacia Research Group, LLC ("ARG"), which at that time was called Acacia Patent Acquisition, LLC, entered into an Exclusive License Agreement with Prophet Productions, LLC ("Prophet") under which ARG obtained certain rights to license U.S. Patent Nos. 6,028,626 and 5,666,157, which were owned by Prophet (the "Prophet Patents").

3. Shortly afterwards, ARG assigned its rights in the Prophet Patents to Criminal Activity Surveillance, LLC ("CAS"), ARG's wholly-owned subsidiary. Since March 2012, I have provided services to CAS. During that time, I have been responsible for directing and supervising patent licensing efforts on CAS's behalf. I am familiar with the efforts undertaken to license the Prophet Patents to third parties since ARG acquired rights in them.

4. All licensing executives employed by ARG or providing services to CAS who have been responsible for directing or supervising licensing efforts for the Prophet Patents, including me, have resided principally in ARG's main office. At the time ARG acquired the Prophet Patents, that office was located in Newport Beach, California, which is where ARG's sole member, Acacia Research Corporation, maintains its headquarters. In or around November, 2010, ARG moved its main office to Frisco, Texas, then to its current location in Plano, Texas. All efforts to license the Prophet Patents have occurred in, or been directed from, ARG's offices in Newport Beach, California, Frisco, Texas, and Plano, Texas.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 25th day of March, 2015, in Plano, Texas.

_____
Holly Hernandez

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

DECLARATION OF HOLLY HERNANDEZ

LITIOC/2113946v1/101023-0051

EXHIBIT A, p. 132

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF ORANGE       )

I am employed by Stradling Yocca Carlson & Rauth in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660-6422. On March 25, 2015, I served the within document(s): **DECLARATION OF HOLLY HERNANDEZ SUPPORTING DEFENDANT'S REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE UNDER CODE OF CIV. PROC. §§ 396B, 397 AND REQUEST FOR ORDER THAT PLAINTIFF PAY DEFENDANT'S REASONABLE EXPENSES AND ATTORNEY'S FEES IN THE AMOUNT OF $9,515**

| [X] | **By overnight delivery.** I enclosed the above-referenced document(s) in an envelope or package designated by an overnight delivery carrier with delivery fees paid or provided for and addressed to the person(s) at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
|---|---|
| [ ] | **By electronic service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the above-referenced document(s) to be sent to the person(s) at the electronic address(es) listed below. |

| Brian S. Kabateck, Esq.<br>Joshua H. Haffner, Esq.<br>KABATECK BROWN KELLNER LLP<br>644 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 217-5000<br>Facsimile: (213) 217-5010<br>Email: bsk@kbklawyers.com<br>Email: jhh@kbklawyers.com | Attorneys for Plaintiff PROPHET PRODUCTIONS |
|---|---|

   I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 25, 2015, at Newport Beach, California.

_____
Jojo Graziano

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
PROOF OF SERVICE

LITIOC/2113946v1/101023-0051

EXHIBIT A, p. 133