MARC J. SCHNEIDER, State Bar No. 214609
 mschneider@sycr.com
TRAVIS P. BRENNAN, State Bar No. 238119
 tbrennan@sycr.com
JESSICA L. MULLEN, State Bar No. 288845
 jmullen@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Defendant
ACACIA RESEARCH GROUP, LLC,
erroneously named as
ACACIA PATENT ACQUISITION, LLC

**CONFORMED COPY
ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**MAR 2 5 2015**

Sherri R. Carter, Executive Officer/Clerk
By: Glorietta Robinson, Deputy

**BY FAX**

# LOS ANGELES COUNTY SUPERIOR COURT

## STANLEY MOSK COURTHOUSE

| | |
|---|---|
| PROPHET PRODUCTIONS, a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACACIA PATENT ACQUISITION, LLC, a Delaware Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. BC561469<br>Hon. Dalila C. Lyons<br>Dept. 20<br><br>**DECLARATION OF ROBERT R. BRUNELLI SUPPORTING DEFENDANT'S REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE UNDER CODE OF CIV. PROC. §§ 396B, 397 AND REQUEST FOR ORDER THAT PLAINTIFF PAY DEFENDANT'S REASONABLE EXPENSES AND ATTORNEY'S FEES IN THE AMOUNT OF $9,515**<br><br>*[Filed concurrently with Reply Memorandum, Declaration of Dooyong Lee, Declaration of Holly Hernandez, and Declaration of Travis P. Brennan]*<br><br>Hearing:<br>Date: April 2, 2014<br>Time: 8:30 a.m.<br>Location: Dept. 20<br><br>Complaint Filed: October 22, 2014<br>Trial Date: None Set |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

DECLARATION OF ROBERT R. BRUNELLI

LITIOC/2114062v1/101023-0051

EXHIBIT A, p. 134

I, Robert R. Brunelli, declare:

1. I am over the age of eighteen and not a party to this litigation. I have personal knowledge of the following facts and could testify competently to them if necessary.

2. I am a shareholder at the law firm of Sheridan Ross, PC. I head the firm's Litigation practice and currently serve as its Co-President and Co-Secretary.

3. In 2009, my firm was engaged by Criminal Activity Surveillance, LLC ("CAS") to represent CAS in its efforts to license or enforce certain patents, including U.S. Patent Nos. 6,028,626 and 5,666,157 that CAS's parent company, Acacia Patent Acquisitions, LLC, had acquired from third party Prophet Productions, LLC (the "Prophet Patents"). I was the lead attorney on that engagement.

4. In or around July 2009, as part of that engagement, I traveled to Los Angeles for the purpose of witnessing a video statement to be given by David Aviv, who I understand was the original owner of and the listed inventor of the technology claimed in the Prophet Patents. The video statement was taken to preserve Mr. Aviv's testimony in the event that he did not live until the trial in any patent infringement litigation involving the Prophet Patents. The purpose of my trip to Los Angeles was not to agree upon a litigation strategy concerning the Prophet Patents, nor did I make agreements with anyone about such a strategy during my trip.

5. I did have dinner with an individual while I was in Los Angeles, but that individual did not go by the name Bobby Aviv.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 25th day of March, 2015, in Denver, Colorado.

*/s/ Robert R. Brunelli*
Robert R. Brunelli

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

DECLARATION OF ROBERT R. BRUNELLI

LITIOC/2114062v1/101023-0051

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss
COUNTY OF ORANGE )

I am employed by Stradling Yocca Carlson & Rauth in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660-6422. On March 25, 2015, I served the within document(s): **DECLARATION OF ROBERT R. BRUNELLI SUPPORTING DEFENDANT'S REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE UNDER CODE OF CIV. PROC. §§ 396B, 397 AND REQUEST FOR ORDER THAT PLAINTIFF PAY DEFENDANT'S REASONABLE EXPENSES AND ATTORNEY'S FEES IN THE AMOUNT OF $9,515**

| [X] | **By overnight delivery.** I enclosed the above-referenced document(s) in an envelope or package designated by an overnight delivery carrier with delivery fees paid or provided for and addressed to the person(s) at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
|---|---|
| | **By electronic service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the above-referenced document(s) to be sent to the person(s) at the electronic address(es) listed below. |

| | |
|---|---|
| Brian S. Kabateck, Esq.<br>Joshua H. Haffner, Esq.<br>KABATECK BROWN KELLNER LLP<br>644 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 217-5000<br>Facsimile: (213) 217-5010<br>Email: bsk@kbklawyers.com<br>Email: jhh@kbklawyers.com | Attorneys for Plaintiff PROPHET PRODUCTIONS |

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 25, 2015, at Newport Beach, California.

*/s/ Jojo Graziano*
Jojo Graziano

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
PROOF OF SERVICE

LITIOC/2114062v1/101023-0051

EXHIBIT A, p. 136